# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————

Nos. 14-7077, 14-7078
Consolidated Case

———————————————

**UNITED STATES OF AMERICA, ex rel. BRIAN BURKE
and BRIAN BURKE, Relator,**
Appellant (No. 14-7077)

vs.

**RECORD PRESS, INC.,**
Appellee (No. 14-7078)

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————

APPENDIX FOR APPELLANT BRIAN BURKE

———————————————

Tyler J. King
FRANKLIN SQUARE LAW GROUP
1225 Eye Street, NW
Washington, DC 20005
(202) 779-9711
tyler@lawgroupfs.com
  *Attorney for Appellant*