# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7077**  **September Term, 2014**

**1:08-cv-00364-DAR**

**Filed On:** January 22, 2015

United States of America, ex rel. Brian Burke,

 and

Brian Burke, Relator,

      Appellant

    v.

Record Press, Inc.,

      Appellee

------------------------------

Consolidated with 14-7078

## O R D E R

    It is **ORDERED**, on the court's own motion, that the briefing schedule established by the court's November 19, 2014 order be suspended pending further order of the court.

                             FOR THE COURT:
                             Mark J. Langer, Clerk

                     BY:   /s/
                             Jennifer M. Clark
                             Deputy Clerk