# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-7077 | September Term, 2015 |
| | 1:08-cv-00364-DAR |
| | Filed On: October 13, 2015 [1577922] |

United States of America, ex rel. Brian Burke,

and

Brian Burke, Relator,

        Appellant

    v.

Record Press, Inc.,

        Appellee

------------------------------

Consolidated with 14-7078

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 26, 2015, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Srinivasan, and Senior Circuit Judges Williams and Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 19, 2015.

### Per Curiam

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                  BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)