# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS FORM IS FOR INTERNAL COURT PURPOSES ONLY AND WILL REMAIN
CONFIDENTIAL TO PROTECT COUNSEL'S PERSONAL CONTACT INFORMATION**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTIFICATION TO THE COURT FROM COUNSEL INTENDING TO PRESENT ORAL ARGUMENT**

Case Number: 14-7077　　Case Name: USA, ex rel. Brian Burke v. Record Press, Inc.

is scheduled for oral argument on: October 26, 2015

I intend to present oral argument in the above case on behalf of:

- ● Petitioner/Appellant
- ○ Respondent/Appellee
- ○ Amicus Curiae
- ○ Intervenor

Brian Burke　(state party name)

and will argue for 10 minutes (needed in the event parties are permitted to divide time).

- ● I am a member of the Bar of this Court in good standing
- ○ I am not a member of the Bar of this Court, but an Application for Admission is presently pending
- ○ I am not a member of this Court, but have been granted leave to argue *pro hac vice*
- ○ I will present argument as an attorney *pro se*

Name: Tyler Jay King　　　　Date: 10/15/15

Firm: Franklin Square Law Group　　　　Fax: (202) 478-0964

Office Phone: (202) 779-9711　　Home Phone: (202) 436-2641　　Cell Phone: (202) 436-2641

(Personal phone numbers are needed in the event of late calendar changes)

**Please submit this form no later than 7 days prior to the date of argument through the court's CM/ECF system using the *Arguing Attorney Form* event in the *Forms* category.**

USCA Form 72
Rev. Oct. 2014