# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-7077** | **September Term, 2015** |
| | **1:08-cv-00364-DAR** |
| | **Filed On: October 26, 2015** [1579802] |

United States of America, ex rel. Brian Burke,

and

Brian Burke, Relator,

        Appellant

   v.

Record Press, Inc.,

        Appellee

------------------------------

Consolidated with 14-7078

      **BEFORE:**   Circuit Judge Srinivasan, and Senior Circuit Judges Williams and Ginsburg

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 26, 2015 at 10:20 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Tyler Jay King, counsel for Appellant.

    John Lomas, counsel for Appellee.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Shana E. Thurman

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7077**                                              **September Term, 2015**

Deputy Clerk