# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-7077**  **September Term, 2015**
FILED ON: MARCH 15, 2016

UNITED STATES OF AMERICA, EX REL. BRIAN BURKE,
 AND
BRIAN BURKE, RELATOR,
      APPELLANT

v.

RECORD PRESS, INC.,
      APPELLEE

---

Consolidated with 14-7078

Appeals from the United States District Court
for the District of Columbia
(No. 1:08-cv-00364)

Before: SRINIVASAN, *Circuit Judge*, and WILLIAMS and GINSBURG, *Senior Circuit Judges*

### J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed and the case is remanded for further proceedings on Record Press's motion for attorneys' fees, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Michael C. McGrail
Deputy Clerk

March 15, 2016

Opinion for the court filed by Circuit Judge Srinivasan.